UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON BERG,<br><br>        Plaintiff,<br><br>   vs.<br><br>I. GUERRA, et al.,<br><br>        Defendants. | 1:14-cv-01112-AWI-GSA-PC<br><br>ORDER DENYING MOTION TO COMMENCE SETTLEMENT PROCEEDINGS<br>(Doc. 5.) |

      Jason Berg ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on July 16, 2014. (ECF No. 1.) On August 4, 2014, Plaintiff filed a motion for the court to commence settlement proceedings in this case. (ECF No. 5.)

      Plaintiff's motion for the court to schedule settlement proceedings in this case is premature. Plaintiff filed this case less than a month ago, and the Complaint awaits the requisite screening by the court pursuant to 28 U.S.C. § 1915A. No other parties have made an appearance in this case, and service of process shall not proceed until after the court has screened the Complaint and found that Plaintiff states cognizable claims under § 1983. The court will not consider scheduling settlement proceedings until a later stage of the proceedings, and then only if both Plaintiff and defendants indicate their interest in settling the case. For these reasons, Plaintiff's motion shall be denied.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for the court to commence settlement proceedings, filed on August 4, 2014, is DENIED, without prejudice to renewal of the motion at a later stage of the proceedings.

IT IS SO ORDERED.

    Dated:   **August 5, 2014**                       **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE