UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON BERG, | 1:14-cv-01112-DAD-EPG-PC |
| Plaintiff, | ORDER |
| vs. | |
| I. GUERRA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding *pro se* with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is currently incarcerated at Kern Valley State Prison (KVSP) in Delano, California, in the custody of the California Department of Corrections and Rehabilitation.

Plaintiff's complaint arises from events occurring at the California Correctional Institution (CCI) in Tehachapi, California, when Plaintiff was incarcerated there. The complaint alleges that Plaintiff was not provided adequate medical care at CCI.

On December 18, 2015, Plaintiff filed a "petition for relief" in which he requests a Court order directing prison officials at KVSP to provide him with access to the law library, manila envelopes, and use of confidential mail. (ECF No. 14.) Plaintiff asserts that in October 2015, he made multiple valid requests for Priority Legal User (PLU) status and access to the law library, but his requests were denied. Plaintiff states that on October 21, 2015, he talked his way into the law library for two minutes to make copies. Using the standard procedure, he requested a manila envelope from law library staff to mail his documents to the Court, and he

was told they were out of manila envelopes, which Plaintiff calls "unheard of." (ECF No. 14 at 2.) Later in the day, Plaintiff obtained his own manila envelope and returned to the law library. Ordinarily the law library staff checks the mail for contraband and if none is found, they seal the envelope and mail it to the Court. This time, library staff N. Karlow refused to seal Plaintiff's mail, which denied him his rights to confidential mail and access to the courts. Plaintiff chose to mail his documents later in the day.

Plaintiff claims that his lack of access to the law library, legal books, case law, etc., caused him to miss a Court deadline to file a response. Plaintiff requests a Court order directing officials to grant him immediate PLU status, access to manila envelopes at his own cost, and access to confidential mail to the Court.

In light of Plaintiff's allegations, the Court directs Supervising Deputy Attorney General Monica Anderson to address Plaintiff's access to the law library, envelopes, and confidential mail to the Court.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within fourteen days from the date of this order, Supervising Deputy Attorney General Monica Anderson shall address Plaintiff's "petition for relief" filed on December 19, 2015; and

2. The Clerk of the Court is directed to serve this order and a copy of Plaintiff's "petition for relief" (ECF No. 14) on Supervising Deputy Attorney General Monica Anderson.

IT IS SO ORDERED.

Dated: **August 23, 2016**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE