UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON BERG,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>I. GUERRA et al.,<br><br>　　　　　　Defendants. | No. 1:14-cv-01112-DAD-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 16) |

　　　　Plaintiff Jason Berg is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This case now proceeds on plaintiff's first amended complaint filed on October 26, 2015. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On July 29, 2016, the assigned magistrate judge issued findings and recommendations, recommending that this action proceed only against defendant Michael Vu on plaintiff's claims for violations of substantive and procedural due process, and against defendants I. Guerra and A. Salzman on plaintiff's claim alleging a failure to provide medical treatment. The assigned magistrate judge further recommended that all other claims and defendants be dismissed from this action based on plaintiff's failure to state cognizable claims. (Doc. No. 16.) Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days.

1

1  Plaintiff filed objections to the findings and recommendations on September 1, 2016.  (Doc. No.
2  19.)
3        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this
4  court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file,
5  including plaintiff's objections, the court finds the findings and recommendations to be supported
6  by the record and proper analysis.
7        Accordingly,
8        1.  The July 29, 2016 findings and recommendations (Doc. No. 16) are adopted in
9            full;
10       2.  This action now proceeds on the following claims under 42 U.S.C. § 1983 in
11           plaintiff's first amended complaint (Doc. No. 12): (1) against defendant Michael
12           Vu based on alleged violations of substantive and procedural due process, and (2)
13           against defendants I. Guerra and A. Salzman based on alleged failure to provide
14           medical treatment in the form of physical therapy; and
15       3.  All remaining claims and defendants are dismissed from this action.
16 IT IS SO ORDERED.
17   Dated:   **January 6, 2017**                      /s/ Dale A. Drozd
18                                             UNITED STATES DISTRICT JUDGE